```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DANIEL ALVAREZ                    :      CIVIL ACTION
                                  :
     v.                           :
                                  :
CORELOGIC NATIONAL BACKGROUND     :
DATA, LLC                         :      NO. 18-1234
                     ORDER
```

AND NOW, this 5th day of July, 2018, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1) the unopposed motion of plaintiff to transfer action pursuant to 28 U.S.C. § 1406 to the United States District Court for the District of Delaware (Doc. # 7) is GRANTED; and

(2) the motion of defendant to dismiss for lack of personal jurisdiction (Doc. # 5) is DENIED as moot.

                                    BY THE COURT:


                                    /s/ Harvey Bartle III
                                                                 J.